ACCEPTED
01-15-00107-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/18/2015 1:02:52 PM
CHRISTOPHER PRINI
CLERK

## NO. 1-15-00107-CR

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/18/2015 1:02:52 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
# For the First
# Judicial District of Texas
# Houston, Texas

_____

**THOMAS AVEN COLE, APPELLANT**

*versus*

**THE STATE OF TEXAS, APPELLEE**

_____

**ON APPEAL FROM THE CRIMINAL COUNTY COURT AT LAW #10
HARRIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 2005582**

_____

**APPELLANT'S MOTION TO DISMISS APPEAL**

_____

TO THE HONORABLE JUSTICES OF SAID COURT:

Appellant, THOMAS AVEN COLE, requests, pursuant to Texas Rule of Appellate Procedure 42.2, to dismiss the above-captioned appeal. Consistent with the undersigned counsel's advice, the Appellant has agreed to withdraw his appeal as shown by his signature below.

Jon Phillip Thomas, Texas Bar # 24037593, an attorney whose license has since been probated, previously represented appellant in this appeal. Undersigned attorney has substituted in as counsel for the appellant in the trial court, as

1

memorialized by the attached motion to substitute filed and granted by Judge Dan Spjut presiding over the Criminal Court at Law #10. Appellant requests that the undersigned counsel be permitted to substitute as attorney of record in this appeal.

Previous counsel, Mr. Thomas, did not request the record, as the Court knows (see Scheduling Order dated March 3, 2015); and, the appellant's brief was due on March 13, 2015 but never filed. Undersigned attorney has tried to contact Mr. Thomas without success. Undersigned attorney has met with the appellant, who stated that he requests that this appeal be dismissed.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court dismiss this appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.

    /s/ Wendell A. Odom, Jr.
**WENDELL A. ODOM, JR.**
Texas Bar # 15208500
440 Louisiana, Suite 200
Houston, TX 77002
(713) 223-5575
(713) 224-2815 (FAX)

    /s/ Thomas Aven Cole
**THOMAS AVEN COLE**
**Appellant**

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2015, a copy of the foregoing motion was hand delivered to the Assistant District Attorney for Harris County, Texas.


_/s/_ Wendell A. Odom, Jr.
**WENDELL A. ODOM, JR.**